IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| Markita Slater, individually and as mother and natural guardian of P.S., a minor under the age of 14, | ) ) ) ) | Civil Action No. 5:20-cv-01233-JMC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CONSENT ORDER REMANDING CASE** |
| Walmart Stores East, LP, Walmart Supercenter #616, John Doe Walmart Store Manager, and John/Jane Doe Walmart Store Employee(s), | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This case was originally filed in the Court of Common Pleas for Orangeburg County, South Carolina on February 27, 2020, and was removed to this Court by defendants on March 31, 2020. The removal was made pursuant to 28 U.S.C. §§ 1331, 1332, 1441, 1446 and applicable Local Civil Rules of the United States District Court for the District of South Carolina on the basis that there was diversity of citizenship among the parties and that the amount in controversy exceeded Seventy-Five Thousand and No/100ths ($75,000.00) Dollars.

Through the course of discovery, the parties have agreed that the amount in controversy does not exceed the sum of $74,999. Under these circumstances, it appears that this case should be remanded to the Orangeburg County Court of Common Pleas pursuant to 28 U.S.C.A. § 1447(c).

Therefore, upon the Motion of the parties, it is ordered that this case be remanded to the Orangeburg County Court of Common Pleas.

IT IS SO ORDERED.

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Judge

July 29, 2020

Columbia, South Carolina

2